IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RENARDO DELLA CAMERA NAVARRO
DEBTOR

CASE NO. 15-03973 (MCF)

CHAPTER 7

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

**COMES NOW,** secured creditor **FIRSTBANK PUERTO RICO,** represented by the undersigned attorneys and respectfully prays and alleges:

1. That **FIRSTBANK PUERTO RICO,** is a secured creditor and therefore a party in interest in the above captioned case.

2. That the aforesaid creditor is being represented by the undersigned, whose address is as follows:

RAFAEL A. GONZALEZ VALIENTE, ESQ.
LATIMER, BIAGGI, RACHID & GODREAU
P.O. BOX 9022512
SAN JUAN, PUERTO RICO 00902-2512

3. That in view of the aforesaid, creditor herein wishes that its attorney's address be added to the master address list, so that they may be notified of all incidents occurring in the case at bar.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Ms. Monsita Lecaroz Arribas, Esq.**, US Trustee's Office, to 500 Tanca St, Ochoa Building, Suite 301, San Juan, PR 00901; to Chapter 13 Trustee **Ms. Noreen Wiscovitch Rentas, Esq.** PMB 136, Calle Calaf 400, San Juan, PR 00918 and to Debtor's attorney, **Mr. Roberto Figueroa Carrasquillo, Esq.** PO Box 186, Caguas PR 00726-0186 Email:cmecf@rfclawpr.com.

In San Juan, Puerto Rico, this 25th day of June of 2015.

/s/ RAFAEL A. GONZALEZ VALIENTE
USDC NO.225209
COUNSEL FOR FIRSTBANK PR
LATIMER, BIAGGI, RACHID & GODREAU
P.O. BOX 9022512
SAN JUAN, P.R. 00902-2512
TEL.: (787) 724-0230 FAX: (787) 725-1310
EMAIL: rgonzalez@lbrglaw.com